IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| vs. | : | |
| REGINALD STEPHENS | : | 10-620-5 |

## O R D E R

**AND NOW,** this 23rd day of April, 2018, upon consideration of the defendant's pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 896), the government's response in opposition (Doc. No. 921), defendant's reply (Doc. No. 932), and defendant's affidavit in support (Doc. No. 967) **IT IS HEREBY ORDERED** that the motion is **DENIED** in its entirety without an evidentiary hearing.

**IT IS FURTHER ORDERED** that a certificate of appealability shall not issue under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

_____
LAWRENCE F. STENGEL, C.J.